■ In the Matter of SHIRLEY E. HALL, Appellant, v RUSSELL F. HALL, Respondent.—Appeal from an order of the Family Court, Schenectady County, entered August 20, 1975, which modified a previous order by reducing the appellant's alimony on the ground that she had been habitually living with another man not her husband and holding herself out as his

wife. Order affirmed, without costs, on the opinion of Levine, J. *(Hall v Hall,* 82 Misc 2d 814). Greenblott, J. P., Sweeney, Main, Larkin and Herlihy, JJ., concur.